UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
:
IN RE CIGNA CORP.                    :     Master File No. 2:02CV8088
SECURITIES LITIGATION                :
:
:
-------------------------------------------------------x

### STIPULATION FOR EXTENSIONS OF TIME RELATING TO EXPERT REPORTS, DISCOVERY AND BRIEFING ON DEFENDANTS' DISPOSITIVE MOTION

WHEREAS, paragraph 2 of the Revised Pretrial Scheduling Order dated December 30, 2005 provides a schedule for the exchange of expert reports, discovery and briefing on defendants' dispositive motion for failure to demonstrate economic loss; and

WHEREAS, the parties have agreed to extend all deadlines in paragraph 2 of the Revised Pretrial Scheduling Order by two days, so that briefing on defendants' dispositive motion will be completed on May 4, 2006 instead of May 2, 2006.

The parties hereby agree and stipulate that:

1.    The schedule for exchange of expert reports, discovery and briefing on defendants' dispositive motion shall be extended as follows:

- Service of plaintiff's expert report is extended from February 21, 2006 to February 23, 2006.

- Service of defendants' expert report is extended from March 10, 2006 to March 14, 2006.

- The completion of discovery is extended from March 21, 2006 to March 23, 2006.

- Defendants' dispositive motion shall be filed on April 4, 2006, instead of March 31, 2006.

403012_02.wpd

- Plaintiff's opposition brief shall be filed on April 25, 2006, instead of April 21, 2006.

- Defendants' reply shall be filed on May 4, 2006, instead of May 2, 2006.

Dated: February 17, 2006          **BERGER & MONTAGUE, P.C.**

By: *Sherrie R. Savett*
Sherrie R. Savett (I.D. #17646)
Carole A. Broderick (I.D. #12001)
Barbara A. Podell (I.D. #28583)
Phyllis M. Parker (I.D. #77336)
Roslyn G. Pollack (I.D. #17487)
Joshua C. Schumacher (I.D. #200142)
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)
**Counsel for the Pennsylvania State Employees' Retirement System**

And

**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
Mel E. Lifshitz
Keith M. Fleischman
Francis P. Karam (I.D. #77910)
Michael S. Bigin
Stephanie M. Beige
10 East 40th Street
New York, NY 10016
(212) 779-1414
(212) 779-3218 (Fax)

**CO-LEAD COUNSEL**

And

**OFFICE OF ATTORNEY GENERAL**
**LITIGATION SECTION**
Thomas W. Corbett, Jr., Attorney General
Daniel J. Doyle (I.D. #54855),
Senior Deputy Attorney General
Susan J. Forney, Chief Deputy Attorney General
15th Fl. Strawberry Square
Harrisburg, PA 17120
(717) 787-2944
(717) 772-4526 (Fax)

**LEGAL OFFICE OF THE**
**PENNSYLVANIA STATE EMPLOYEES'**
**RETIREMENT SYSTEM**
Michael A. Budin, Chief Counsel (I.D. #21528)
Brian McDonough, Deputy Chief Counsel (I.D. #55866)
30 North Third Street
P. O. Box 1147
Harrisburg, PA 17108-1147
(717) 783-7317
(717) 787-5751 (Fax)

**Counsel for the Pennsylvania State**
**Employees' Retirement System**

**HARKINS CUNNINGHAM LLP**

By: _/s/ Eleanor Morris Illoway_
John G. Harkins, Jr. (I.D. #04441)
Eleanor Morris Illoway (I.D. #40632)
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
(215) 851-6700

And

**FRIED FRANK HARRIS SHRIVER
&amp; JACOBSON LLP**
Alexander R. Sussman
One New York Plaza
New York, NY 10004
(212) 859-8000

**Counsel for Defendants**

**AND IT IS SO ORDERED.**

_____
MICHAEL M. BAYLSON, U.S.D.J.

## CERTIFICATE OF SERVICE

I, Barbara A. Podell, hereby certify that on February 17, 2006, I caused a copy of Stipulation for Extensions of Time Relating to Expert Reports, Discovery and Briefing on Defendants' Dispositive Motion to be served on:

**E-Mail and Hand Delivery**
Eleanor Morris Illoway, Esq.
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
Tel. 215/851-6700

**E-Mail and First-Class Mail**
Alexander R. Sussman, Esq.
FRIED FRANK HARRIS SHRIVER & JACOBSON
One New York Plaza
New York, NY 10004
Tel. 212/859-8000

**Counsel for Defendants**

*Barbara A. Podell*
BARBARA A. PODELL

403012_02.wpd