IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------- x
IN RE CIGNA CORPORATION           :
SECURITIES LITIGATION             :   Master File No. 2:02CV8088
                                  :
---------------------------------------------------------------- x
---------------------------------------------------------------- x
EVELYN HOBBS, derivatively on behalf   :
of CIGNA CORPORATION,                  :
                                       :   CIVIL ACTION
     Plaintiff,                        :
                                       :   NO. 02-8371
          v.                           :
                                       :
H. EDWARD HANWAY, et al.,              :
                                       :
     Defendants.                       :
---------------------------------------------------------------- x
---------------------------------------------------------------- x
JACK SCOTT, derivatively on behalf     :
of CIGNA CORPORATION                   :
                                       :   CIVIL ACTION
     Plaintiff,                        :
                                       :   NO. 02-9135
          v.                           :
                                       :
H. EDWARD HANWAY, et al.,              :
                                       :
     Defendants.                       :
---------------------------------------------------------------- x

**UNOPPOSED MOTION OF DERIVATIVE PLAINTIFFS
EVELYN HOBBS AND JACK SCOTT FOR ORDER OF
PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**

Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, Evelyn Hobbs and Jack Scott, plaintiffs ("Derivative Plaintiffs") in the above-entitled derivative actions ("Derivative Actions"), with the consent of all of the defendants (the "Individual Defendants") and nominal defendant CIGNA Corporation, a Delaware Corporation ("CIGNA"), respectfully submit this motion for an Order granting preliminary approval of the proposed derivative settlement on the

terms and conditions reflected in the Stipulation and Agreement of Settlement, dated January 23, 2007 (the "Stipulation").[1] The Stipulation, with all exhibits, is being filed contemporaneously with the Court pursuant to this motion.

By this motion, Derivative Plaintiffs seek entry of the accompanying proposed Order Preliminarily Approving Derivative Action Settlement ("Preliminary Order"), substantially in the form attached as Exhibit A to the Stipulation. The Preliminary Order, among other things, would (i) preliminarily approve the proposed derivative settlement ("Derivative Settlement") of the above-captioned actions as embodied in the Stipulation; (ii) set a hearing (the "Hearing") to consider the final approval of the Derivative Settlement and related matters; and (iii) approve the form and manner of giving notice to CIGNA Shareholders of the Derivative Settlement, the Hearing and the matters to be addressed at the Hearing.

The proposed Preliminary Order includes one blank date in paragraph 2 (the date and time of the Hearing) that must be completed by the Court in order to properly effectuate the Derivative Settlement. In this regard, Derivative Plaintiffs request, and the Individual Defendants and CIGNA have consented to, the following schedule of events if the Court preliminarily approves the Derivative Settlement:

| Event | Time for Compliance |
|---|---|
| Deadline for mailing of Notice of Proposed Settlement of Derivative Litigation to CIGNA Shareholders | 30 business days after entry of the Preliminary Order (Proposed Preliminary Order, ¶ 5(a)) |
| Deadline for filing objections | 14 days prior to the Hearing date (Proposed Preliminary Order, ¶ 8) |
| Filing of motion in support of Derivative Settlement and motion for attorneys' fees and expenses | 7 days prior to the Hearing date (Proposed Preliminary Order, ¶ 7 (a), (b)) |

The dates for the events set forth above are tied either to the entry of the Preliminary Order or to the Hearing date, which Derivative Plaintiffs respectfully request be scheduled at the

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings as are attributed to such terms in the Stipulation.

same date and time as the hearing being scheduled in connection with the settlement of the related securities class action, *In re CIGNA Corporation Securities Litigation*, with which the Derivative Actions were consolidated for pretrial purposes, approximately ninety (90) days after the entry of the Preliminary Order, or later at the Court's convenience. If this schedule is not convenient for the Court, Derivative Plaintiffs request that the Court utilize similar time intervals for events in completing the Preliminary Order.

The Derivative Settlement, if approved at the Hearing, will resolve the Derivative Actions in their entirety. In support of this motion, Derivative Plaintiffs will rely upon all pleadings and proceedings herein, the Stipulation filed contemporaneously herewith, and the Certification below.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(b)

Pursuant to Local Rule 7.1(b), Derivative Plaintiffs' Co-Lead Counsel certifies that this motion is uncontested.

Dated: January 23, 2007　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HARWOOD FEFFER LLP

　　　　　　　　　　　　　　　　　　　　/s/ Robert I. Harwood
　　　　　　　　　　　　　　　　　　　　Robert I. Harwood
　　　　　　　　　　　　　　　　　　　　(Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　Daniella Quitt
　　　　　　　　　　　　　　　　　　　　488 Madison Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　(212) 935-7400

　　　　　　　　　　　　　　　　　　　　FARUQI & FARUQI, LLP
　　　　　　　　　　　　　　　　　　　　Jacob A. Goldberg
　　　　　　　　　　　　　　　　　　　　P.O. Box 30132
　　　　　　　　　　　　　　　　　　　　Elkins Park, PA 19027
　　　　　　　　　　　　　　　　　　　　(215) 782-8235

　　　　　　　　　　　　　　　　　　　　*Co-Lead Counsel for Derivative Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2007, I caused to be served true and correct copies of the Unopposed Motion of Derivative Plaintiffs Evelyn Hobbs and Jack Scott for Order of Preliminary Approval of Derivative Settlement, with the Stipulation and Agreement of Settlement and exhibits thereto, by electronic delivery upon the parties listed below. I further certify that the Unopposed Motion and the Stipulation and Agreement of Settlement, with the exhibits thereto, have been electronically filed and are available for viewing and downloading from the ECF system.

Sherrie R. Savett, Esquire
Carole A. Broderick, Esquire
Barbara Podell, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Francis P. Karam, Esquire
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016

John G. Harkins, Jr., Esquire
Eleanor Morris Illoway, Esquire
Harkins Cunningham LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042

Alexander R. Sussman, Esquire
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

_/s/ Daniella Quitt_
Daniella Quitt